UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN THE MATTER OF: | ) CASE NO.: 13-00496 W |
| | ) |
| TED R. KRIEGER and KATHLEEN M. KRIEGER, | ) **MOTION TO EXTEND TIME TO FILE** |
| | ) **REAFFIRMATION AGREEMENT AND COVER** |
| Debtors. | ) **SHEET** |

COMES NOW the Creditor, Veridian Credit Union, and for its Motion to Extend Time to File Reaffirmation Agreement and Cover Sheet, states as follows:

1. That deadline to file a Reaffirmation Agreement and Cover Sheet is is July 12, 2013.

2. That the office of the undersigned has been informed Debtors are in the process of returning a fully executed Reaffirmation Agreement and Cover Sheet.

3. That the undersigned requests the deadline to file the Reaffirmation Agreement and Cover Sheet be extended for thirty (30) days.

WHEREFORE, Veridian Credit Union, requests the Court extend the deadline to file a Reaffirmation Agreement and Cover Sheet for an additional thirty (30) days.

Respectfully submitted,
NELSON LAW FIRM, PLLC

By:_____
Kenneth P. Nelson  #AT0005671
3112 Brockway Rd.
PO Box 1020
Waterloo, IA  50704-1020
Phone:  (319) 291-6161
Facsimile:  (319) 291-6193
Email:  nelson@nlfiowa.com
ATTORNEYS FOR VERIDIAN CREDIT UNION

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 10, 2013, a true and correct copy of the above and foregoing instrument was electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Michael C. Dunbar | Wesley B. Huisinga | United States Trustee |
| 531 Commercial Street Ste 500 | 115 Third Street SE, Suite 500 | United States Federal Courthouse |
| Waterloo, IA 50701 | PO Box 2107 | 111 7th Avenue SE, Box 17 |
| 319-233-6327 | Cedar Rapids, IA 52406-2107 | Cedar Rapids, IA 52401-2101 |